No. 04-02-00193-CR



Danny OCHOA,


Appellant



v.



The STATE of Texas,


Appellee



From the 186th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-1671


Honorable Sam Katz, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: June 19, 2002


DISMISSED FOR LACK OF JURISDICTION

 Danny Ochoa seeks to appeal his felony conviction based on a plea of guilty. The punishment
assessed did not exceed the punishment recommended by the prosecutor and agreed to by Ochoa.
To invoke the court's jurisdiction over this appeal, rule 25.2(b)(3) requires that the notice of appeal
specify that the appeal is from a jurisdictional defect, specify that the substance of the appeal was
raised by written motion and ruled on before trial, or state that the trial court granted permission to
appeal. Tex. R. App. P. 25.2(b)(3). Because Ochoa's notice of appeal does not meet any of the
requirements of rule 25.2(b)(3), our jurisdiction has not been properly invoked, and the appeal is
dismissed for lack of jurisdiction. See White v. State, 61 S.W.3d 424, 428 (Tex. Crim. App. 2001).
 

 PER CURIAM

DO NOT PUBLISH